BALDOCK, Circuit Judge:
Plaintiff Jenny Martin obtained a jury verdict in her favor on a claim that her former employer, Defendant Eli Lilly & Company (“Lilly”), discriminated against her on the basis of her disability in violation of the Americans with Disabilities Act (“ADA”), 42 U.S.C. § 12112. In a separate appeal, Lilly challenged the district court’s denial of its motion for judgment as a matter of law. We reversed and directed the district court to enter judgment in Lilly’s favor. See Martin v. Eli Lilly & Co., No. 16-11537, — Fed.Appx, -, 2017 WL 3098122 (11th Cir. 2017). In this appeal, Martin argues the district court incorrectly calculated the attorney’s fees it awarded her as the prevailing party. Because Martin is no longer the prevailing party, her appeal is moot. We DISMISS the appeal.